UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD "TYLER" CAMPBELL,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. §§ 2251(a) & (e)<br>18 U.S.C. §§ 2252(a)(2) & (b)(1)<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)<br><br>**FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Sexual Exploitation of a Minor)

1. Between December 2024 and February 2025, the exact dates being unknown to the United States, in the Southern District of Ohio, the defendant, **RICHARD "TYLER" CAMPBELL**, did employ, use, persuade, induce, entice, and coerce a minor, specifically Minor Victim One, an approximately eleven-year old male, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing and attempting to produce any visual depiction of such conduct, to wit: one or more digital image and/or video files depicting Minor Victim One engaged in oral sex, masturbation, and the lascivious exhibition of the anus, genitals, and pubic area, the production of such visual depictions using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, specifically the internet and cellular phones.

   In violation of 18 U.S.C. §§ 2251(a) & (e).

## COUNT TWO
(Distribution and Receipt of Child Pornography)

2. Between May 20, 2024 and February 19, 2025, in the Southern District of Ohio, the defendant, **RICHARD "TYLER" CAMPBELL**, did knowingly distribute and receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), ), and such depictions being of such conduct, to wit: digital files depicting minors, including prepubescent and pubescent children, engaged in sex acts with adults, bondage, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

## COUNT THREE
(Possession of Child Pornography)

3. On or about February 19, 2025, in the Southern District of Ohio, the defendant, **RICHARD "TYLER" CAMPBELL**, knowingly possessed matter, that is, digital media devices that contained one or more visual depictions, the production of such visual depictions having involved the use of prepubescent minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct, and such visual depictions had been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2).**

## FORFEITURE ALLEGATION

4. The allegations of this Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 2253.

5. Upon conviction of any of the offenses alleged in this Information in violation of 18 U.S.C. §§ 2251 and/or 2252, the defendant, **RICHARD "TYLER" CAMPBELL**, shall forfeit to the United States:

    (a) all matter containing visual depictions of child pornography and child erotica, transported, mailed, shipped, or possessed in violation of 18 U.S.C. §§ 2251 and/or 2252; and

    (b) all property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. §§ 2251 and/or 2252, including, but not limited to the following:

- One Android Galaxy2-flip4 cellular phone,
- One black Samsung smartwatch,
- One white Samsung Galaxy S6, and
- One silver Apple iMac desktop computer.

**Forfeiture notice in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**DOMINICK S. GERACE II**
United States Attorney

*Emily Czerniejewski*

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney

3